IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JEFFREY HERNANDEZ** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 20-4001** |
| | : | |
| **ERIC TICE,** *et al.* | : | |

# ORDER

**AND NOW**, this 8th day of March 2021, upon considering the Petition for a writ of habeas corpus under section 2254 (ECF Doc. No. 1), Response (ECF Doc. No. 19), no timely Reply under our December 7, 2020 Order (ECF Doc. No. 18), and for reasons in the accompanying Memorandum, it is **ORDERED**:

1. We **DENY** and **DISMISS** the Petition for a writ of habeas corpus (ECF Doc. No. 1) with prejudice;

2. We **DENY** a certificate of appealability; and,

3. The Clerk of Court shall **close** this case.

_____
**KEARNEY, J.**